UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-111-1-DJH

UNITED STATES OF AMERICA,                                          PLAINTIFF

V.                                                      **Electronically Filed**

DAYTON PETERSON                                                    DEFENDANT

\*\*\*   \*\*\*   \*\*\*

**NOTICE OF APPEAL**

Notice is hereby given that DAYTON PETERSON, Defendant in the above styled case, pursuant to Rules 3 and 24(a)(3) of Appellate Procedure, hereby appeals the Judgment and Sentence imposed by the District Court in its Judgment entered October 24, 2024 [DN 390], to the Sixth Circuit Court of Appeals.

Respectfully submitted,

**/s/  Larry  D. Simon**
Larry D. Simon
Attorney for Dayton Peterson
American Life Building
471 West Main Street – Suite 200
Louisville, KY 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

It is certified that a copy of the foregoing Notice of Appeal was electronically sent via

CM/ECF this 7th day of November, 2024, to all counsel of record.


**/s/Larry D. Simon**_____
Larry D. Simon